**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MATTHEW WHITFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-00051-PD |
| v. | ) | |
| | ) | |
| MOMENTIVE GLOBAL INC., SUSAN L. | ) | |
| DECKER, DAVID EBERSMAN, DANA L. | ) | |
| EVAN, RYAN FINLEY, ERIKA H. JAMES, | ) | |
| ZANDER LURIE, SHERYL SANDBERG, | ) | |
| BENJAMIN C. SPERO, and BRAD SMITH, | ) | |
| SERENA WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  March 4, 2022

**GRABAR LAW OFFICE**

By: _____
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*